No. 91–273. ALTRAN CORP. *v.* FORD MOTOR CO. C. A. 3d Cir. Certiorari denied.

No. 91–276. ENVIRODYNE INDUSTRIES, INC. *v.* LUMPKIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–294. MARYLAND HIGHWAY CONTRACTORS ASSN., INC. *v.* MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–301. WHITE *v.* LEIS, SHERIFF OF HAMILTON COUNTY, OHIO. C. A. 6th Cir. Certiorari denied.

No. 91–363. OLD SECOND NATIONAL BANK, TRUSTEE, ET AL. *v.* CITY OF AURORA. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 91–364. ARNOLD *v.* CONSOLIDATED RAIL CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 91–368. BROWN *v.* BROWN ET UX. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 91–373. FIGUEROA VIVAS *v.* PUERTO RICO OFFICE OF THE SPECIAL PROSECUTOR. Sup. Ct. P. R. Certiorari denied.

No. 91–379. AMERICAN ECONOMY INSURANCE CO. ET AL. *v.* SMITH ET VIR. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 91–389. KERPELMAN *v.* ATTORNEY GRIEVANCE COMMISSION OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 91–390. NORDSTROM *v.* NORDSTROM. Ct. App. Wash. Certiorari denied.

No. 91–396. GALBREATH *v.* HARRIS ET UX. Ct. App. Tenn. Certiorari denied.

No. 91–398. FIRST SOUTHERN INSURANCE CO. *v.* MASSEY. C. A. 11th Cir. Certiorari denied.